## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LYNN ELECTRIC, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 05-CV-04106-SAC** |
| ) | |
| **HUGHES CENTURY MAINTENANCE** ) | |
| **SUPPLY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ──────────────────────── ) | |
| ) | |
| **HUGHES MRO GROUP, INC. F/K/A** ) | |
| **CENTURY MAINTENANCE SUPPLY** ) | |
| ) | |
| **Third Party Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **LIGHTING IMPORT CONCEPTS, LP** ) | |
| ) | |
| **And** ) | |
| ) | |
| **ROYAL PACIFIC, LTD.** ) | |
| ) | |
| **And** ) | |
| ) | |
| **FRED EDWARDS, INC.** ) | |
| ) | |
| **Third Party Defendants.** ) | |

### ORDER GRANTING UNOPPOSED MOTION TO JOIN THIRD PARTY DEFENDANTS

Upon the Motion of Third Party Plaintiff Hughes MRO Group, Inc. f/k/a Century Maintenance Supply ("Hughes") (Doc. 39), and for good cause shown, Third Party Plaintiff's Motion to Join Fred Edwards, Inc. as a Third Party Defendant is hereby granted.  Furthermore, Hughes is authorized to file its Third Party Complaint Against Fred Edwards, Inc. and serve Edwards with process.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2006, at Topeka, Kansas.

2

        <u>s/ K. Gary Sebelius</u>
        K. Gary Sebelius
        United States Magistrate Judge